UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
RECEIVED
2016 OCT 14 P 6:52

Donna Irene Cancassi
P.O. Box 502, Rumson, N.J.
07760, (732) 865-5518

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

State of New Jersey

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No
(check one)

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: Donna Irene Cancassi
Street Address: P.O. Box 502, Rumson
County, City: Monmouth, Rumson
State & Zip Code: New Jersey 07760
Telephone Number: 732-865-5518

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **State of New Jersey**
Street Address **25 Market St.**
County, City **Mercer, Trenton**
State & Zip Code **New Jersey 08625**

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
[☒] Federal Questions    [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Constitution, First Amendment, 19th Amendment, Freedom of Speech, Voting Rights**

-2-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **Superior Court of NJ, Monmouth Vicinage, 71 Monument Park, Freehold, NJ, 07728**

B. What date and approximate time did the events giving rise to your claim(s) occur? _____

C. Facts: [What happened to you?] **On 2/19/16 the State of NJ denied my motion in MON-L-71 50 to unseal my voting case to allow me to vote publically, to change my address and reveal my ID in** [Who did what?] **DC vs Superintendent of Elections, 261 NJ Super, 366, 618 A. 2'd 931 (L, Div, 1992).**

[Was anyone else involved?] **On 10/7/16, I was precluded from filing an ORDER TO SHOW CAUSE before the 10/18/16 deadline for change of address** [Who else saw what happened?] **or registration to allow me to vote publically**

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Terminate orders prohibiting Monmouth County Superintendent of Elections under N.J. Statutes Title 19, Elections Subtitle 6, Registration of Voters, Chapter 31 Municipalities having Permanent Registration, Article 1 general provisions 19:31:3,2,b making it a crime to make public my street address and allow me to vote publically and to Unseal my court record in Docket No. MON-L. 7150-93, allow the Monmouth County Superintendent of Elections to disclose my identity in D.C. vs. Superintendent of Elections, 261 N.J. Super. 366, 618 A.2d 931 (L. Div. 1992) under my First Amendment Right to the Constitution to allow me to come out of hiding and to exercise my Constitutional right to vote publically

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 14th day of October, 2016.

Signature of Plaintiff _Donna Cancassi_
Mailing Address P.O. Box 502
Rumson, NJ 07760

Telephone Number 732-865-5518
Fax Number *(if you have one)* 732-533-5807
E-mail Address Cancassi@aol.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Donna Cancassi_