AO 240A  (Rev.01/10; ≈NJ 5/14) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Plaintiff(s), <br><br> v. <br><br> Defendant(s). | ORDER ON APPLICATION <br> TO PROCEED WITHOUT <br> PREPAYMENT OF FEES <br><br> Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 USC §1915, **IT IS ORDERED** the application is:

- ☐   **GRANTED**, and

- ☐   The clerk is ordered to file the complaint.

- ☐   **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

- ☐   **DENIED**, for the following reasons:

- ☐   **IT IS FURTHER ORDERED**, the clerk is ordered to close the file. Plaintiff(s) may submit a payment in the amount of **$400** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this ____ day of _____, _____.

 s/_____
 Signature of Judicial Officer

 _____
 Name and Title of Judicial Officer