CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action) 2016 OCT 14 P 6:52

Donna Cancassi

      Plaintiff,  :    Civil Action No.

      v.  :    NOTICE OF MOTION

      Defendant.  :  ORDER TO SHOW CAUSE

State of N.J.  :

PLEASE TAKE NOTICE ____Donna Cancassi____
(Name of Moving Party)

will move before the Honorable _____, U.S.D.J. on

_____

(Motion days are the 1st and 3rd Monday of each month)

for an Order __allowing voting rights (address and ID)__
(describe type of relief being sought)
__to be made public with change in__
In support of my motion, I will rely on the attached brief (if necessary).
__address before 10/18/16 deadline__

Donna Cancassi
Name P.O. Box 502
Rumson, N.J.
07760
Address

Date: __10/14/16__

CERTIFICATION OF SERVICE

I, _Donna Concasci_ , certify that a copy of my motion was served
(Name of Moving Party)

by _Mail_ on _10/14/16_ upon:
(Mail, Personal Service, etc.)         (Date)

_State of NJ_
(Name of Opposing Party)

_25 Market St_
_Trenton, NJ_
_08625_
(Address of Opposing Party)

_Donna Concasci_
Name (Signature)